## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| v. | : | |
| | : | NO. __21-mj-362__ |
| __JACKSON KOSTLOSKY__ | : | NO. in DC 21-mj-257 |

### CONDITIONS OF RELEASE ORDER

| **BAIL** |
|---|

Defendant is **released on bail** in the amount of: $250,000

   __x__   **O/R**
   _____   **cash**
   _____   **secured by**:
          _____ % cash
          _____ property at:
          _____ **Clerk's office requirements are not waived.** Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| **PRETRIAL SERVICES** |
|---|

__x__   Defendant shall report to Pretrial Services:
         __x__   **as directed** by Pretrial Services.
         _____ times per week **in person**.
         _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
__x__   Defendant shall submit to **random drug testing** as directed by Pretrial Services.
__x__   Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
__x__   Defendant shall submit to **location monitoring** or other technology at the discretion of Pretrial Services at the following address:
      __x__   20 N. Adams Street, Allentown, PA 18104

_____ This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

__x__   **Curfew.** You are restricted to your residence every day from 7:00 PM to 7:00 AM, during which electronic monitoring or any other technology will be in place, or as directed by the pretrial services office or supervising officer. Pretrial Services shall have full and complete authority to modify this condition regarding time or technology.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

### PASSPORT

__x__ Defendant shall surrender and/or refrain from obtaining a **passport**.

### TRAVEL

__x__ Travel is restricted to the **Eastern District of Pennsylvania**.
__x__ Travel is restricted to the District of Columbia and any districts which he must travel through to appear in the District of Columbia (Delaware and/or Maryland).
__x__ Unless prior permission is granted by Pretrial Services.

### FIREARMS

__x__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

### MISCELLANEOUS

__x__ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:
   **at**: 20 N. Adams Street, Allentown, PA 18104

   **with**:   his mother

### COMPUTERS/INTERNET

_____The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance

with the imposed restrictions.

   _____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

   _____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

   _____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

   _____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

   ___x___**Other Restrictions**:  Other than for the purpose of appearing in court to respond to the subject criminal charges, the Defendant shall a not enter or be present in Washington, D.C.

   ___X___**Other: The defendant shall appear VIA ZOOM in the United States District Court for the District of Columbia on Thursday, March 4, 2021 at 1:00 o'clock P.M. to Judge Zia Faruqui.  Below is the Zoom information:**

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1615439875?pwd=M1JnWVV6bjBPTnF3M010SzdtM0NwZz09

Meeting ID: 161 543 9875
Passcode: 926057

One tap mobile
+16692545252,,1615439875#,,,,,,0#,,926057# US (San Jose)
+16468287666,,1615439875#,,,,,,0#,,926057# US (New York)

Dial by your location
  +1 669 254 5252 US (San Jose)
  +1 646 828 7666 US (New York)
  +1 669 216 1590 US (San Jose)
  +1 551 285 1373 US
Meeting ID: 161 543 9875
Passcode: 926057
Find your local number: https://uscourts-dcd.zoomgov.com/u/adDIlCPuGS

Join by SIP
1615439875@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)

Meeting ID: 161 543 9875
Passcode: 926057

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

*Maranna J. Meehan*
JACKSON KOSTLOSKY,
DEFENDANT

It is so ORDERED this 26TH day of February, 2021.

BY THE COURT:

/S/ HENRY S. PERKIN
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

Last Revised: 10/01/18